

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN, TEXAS

**PRICE DANIEL**
ATTORNEY GENERAL

May 13, 1948

Hon. James C. Martin
County Attorney
Nueces County
Corpus Christi, Texas

Opinion No. V-574

Re: Article 2802j-2, V. C.
S., appropriating
State-aid to Corpus
Christi Junior College
at Corpus Christi.

Dear Sir:

We refer to your recent inquiry concerning the ability of Corpus Christi Junior College Trustees to change its name to Corpus Christi College without altering its eligibility for State aid under Article 2815j-2, Vernon's Civil Statutes. We understand that it is proposed that only the name of the college be changed and that the status of the district as a public junior college district as created will in no manner be changed.

The purpose of Article 2815j-2 is to provide State aid appropriations to certain designated public junior colleges which qualify thereunder. By its designation of the junior colleges by name in Section 3 thereof, the Legislature has limited its appropriation to those colleges recognized therein. The Act clearly aims to aid, among other junior colleges named and located in other parts of Texas, the public junior college existing at Corpus Christi at the time the appropriation was made, irrespective of whatever its official name as designated by the local proper authorities might be.

The manner in which the Legislature designated the public junior colleges which shall be entitled to receive said State aid, other requirements of the Act having been met, shows it intended that the public junior college at Corpus Christi should be entitled to the appropriation made therein, whatever its name may be. Section 3, H.B. 52, Acts of 50th Legislature, R.S., 1947, p. 685.

## SUMMARY

The fact that the trustees of Corpus Christi Junior College District change the name to Corpus Christi College would not affect its eligibility to receive State aid under Article 2815j-2.  The status or name of the junior college district is not changed thereby.

Yours very truly,

ATTORNEY GENERAL OF TEXAS

By *Chester E. Ollison*

CEO:mw

Chester E. Ollison
Assistant

APPROVED:

*Price Daniel*

ATTORNEY GENERAL